**Wieslaw Wykowski**

**PO Box 3056**

**Bayonne, NJ 07002**

July 21, 2014

Madeline Cox Arleo

United Magistrate Judge

U.S. District Court for the District of New Jersey

Martin Luther King Building & US Courthouse

50 Walnut Street

Newark, NJ 07101



Re:     Wieslaw Wykowski v. Jenny Berse, Esq. and Hon. Maureen Sogluizzo

        Docket No: 13-CV-07851     (KM-MCA)

Dear Honorable Cox Arleo:

I, Wieslaw Wykowski bring to this court the following complaints against Jenny
Berse, Esq. Attorney to the plaintiff from the civil case that was brought against me in the
county courts the Family Division part of Hudson County, New Jersey. These claims that
I present to this court are based upon abusive litigation tactics and discovery abuses
committed by the Defendant that ultimately violated my civil rights as a citizen of the
United States.

1) Where on February 26, 2011 Jenny Berse, Esq conspired to evict me from my
   home without prior legal notification. I was forced out of my home and put to jail
   after failing to pay the full amount of $26,373.60 to the Plaintiff Grazyna
   Kozikowska that was ordered by the Judge Maureen Sogluizzo, this despite of the
   full explanation of the lack of financial resources I had. I have paid dutifully the
   amount that was requested of me to pay in 2009 and 2010 but in 2011 my finances
   were strained due to the legal issues I have incurred from the civil case. I had
   respectfully requested the courts to work with me and possibly arrange a payment
   plan to be paid in a monthly basis, but my inability to pay the whole amount of

**Wieslaw Wykowski**

**PO Box 3056**

**Bayonne, NJ 07002**

what was ordered of me to pay, the Judge Maureen Sogluizzo ordered for my arrest and was placed in shackles and guarded in a hospital as if I had committed an act of terrorism against the government.

2) In which Jenny Berse, Esq. manipulated the system by using abusive tactics to obtain my real estate property by force; by filing an order to the courts for my arrest and be placed in jail. Upon my arrest, Jenny Berse, Esq and her client Grazyna Kosikowska ransacked my house taking everything I own, taking cash, jewellery and everything else they could find from my house which was an act of thievery.

3) In which Jenny Berse, Esq. created falsified documents concerning the ownership of the house transferring deeds without courts order to Grazyna Kozikowska and sent letters to tenants of the apartments stating change of ownership on February 25, 2011 the day before of my arrest on February 26, 2011.

4) In which Jenny Berse, Esq. has full knowledge that I have no further financial resources but continue to harass me with exorbitant legal fees in an attempt to extort more money from me, charges her legal fees to me even when she continuously postpones court dates. She harasses me to pay $190,633, $1950 interests and $85,000 in legal fees, knowing full well that I only receive $194.00 in Social Security benefits.

5) In which Jenny Berse, Esq. falsified documents concerning my property taxes payment where she indicated in a document that Grazyna Kozikowska was paying property taxes electronically while she was living in a different address from the property and resided at 40 east 15th Street Bayonne, NJ 07002. This was completely false as I was living in the property in question at the time and was the sole tax payer for the property not Grazyna Kozikowska.

6) In which Jenny Berse, Esq. had filed for my arrest providing the wrong Social Security number, incorrect physical description and wrong birthday. When I was arrested Jenny Berse, Esq prevented me from taking my medicine with me, medication that was needed to manage my diabetes condition. During my arrest I suffered emotional distress where I fell and was taken to the hospital. While I was in the hospital I was put in shackles and chained to the hospital bed.

**Wieslaw Wykowski**

**PO Box 3056**

**Bayonne, NJ 07002**

7) The cars were taken away from me and when I was released from jail I was made homeless, my home was sequestered from me, and was forced to live in a homeless shelter. My Social Security was garnished leaving me a meagre $194 month, which is not enough to sustain my daily needs.

8) I have disability with ailment of type 2 diabetes, I cannot afford my medicine and unable to walk around town.

9) I am unable to afford my food; I go to shelter to get food.

10) All I ask from this court is to grant me with justice relief, where 'defendant" must be ordered to stop all collections of legal payments and settlements. I have no resources and will not possibly have any sums of money for the rest of my life as I am an old man with physical ailment, with limited understanding of the English language. What I ask for this court is to grant my remaining years spent in the home I have worked for over 30 years in this country paid for by hard work and sweat.

11) Defendant must be ordered to pay for the pain and sufferings I have endured including the mental anguish I suffer daily for having to experience the result of the unfair judgment that was imposed upon me.

12) I have worked hard in my entire life. I have believed in the justice of the legal system of my adopted country. Now I need the justice system to work for me.

**Prayer for Relief**

I often phrase my prayers for relief as follows:

Wherefore I Wieslaw Wykowski prays this Court issue equitable relief as follows:

1) Issue injunctive relief commanding defendant to stop all harassments for legal payments and settlement payments

2) Issue injunctive relief as this Court deems appropriate just

3) Issue other relief as this Court Deems appropriate and just.

4) Award plaintiff his cost of litigation, and for pain and suffering.

Respectfully submitted,

Wieslaw Wykowski

